1:99-cr-10068-JBM   # 26   Page 1 of 1
1:99-cr-10068-JBM   # 24 (Court only)   Page 1 of 1
E-FILED
Friday, 23 March, 2007 12:30:29 PM
Wednesday, 07 March, 2007 04:01:18 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>Andre L. Thomas<br><br>Peoria, IL 61603<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | WARRANT FOR ARREST<br><br>**SEALED**<br><br>CASE NO. 99-10068-001<br><br>**FILED**<br>MAR 23 2007<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest *Andre L. Thomas*, and bring him forthwith to the nearest magistrate judge to answer a Petition for Warrant for Offender Under Supervision charging him with violating his supervised release in violation of Title 18, United States Code, Section(s) 3583(e)(3).

JOHN M. WATERS                                CLERK U.S. DISTRICT COURT
Name of Issuing Officer                       Title of Issuing Officer

*John M. Waters*
s/R Knox
Signature of Issuing Officer

3/7/2007 Peoria, IL
Date and Location

Bail fixed at $ *No Bond* by U.S. District Judge Joe B. McDade.

### RETURN

This warrant was received and executed with the arrest of the above named defendant at *Peoria*

| Date Received 03/09/07 | Name of Arresting Officer *Glenn Williams* | Signature of Arresting Officer |
| Date of Arrest 03/20/07 | Title of Arresting Officer *DUSM* | |

RECEIVED 2007 MAR -9 P 3:10 US MARSHALS SERV CENTRAL ILLINOIS
RECEIVED 2007 MAR [?] A 7:20 US MARSHALS SERVICE