FILED
Tuesday, 01 May, 2007  12:54:34 PM
Clerk, U.S. District Court
MAY - 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SCANNED
DATE:

99-10068

Mr. McDade,

Hello how are things going I hope this letter reaches you in the best of health and spirits. I know that many people write you daily for many different reasons but I am writing because I am scared. Scared of myself. It seems like I always messed up my life. Even when I was younger. My mother loves me very much. I have 2 beutiful children and a wonderful Fiancé whom I was supposed to marry Aug 14.

I'm scared because I know I have what it takes to live in society its just I always look for the easy way out and now look were I am. Your Honor I don't want to spend the rest of my life behind bars. This time that I spent with my family showed me what its liked to truly be loved. They are all pulling for me to make the most out of my life. This place isnt for me. I know that there isnt any excuse for what I did It was an easy way out but I am writing this letter to you asking for compassion in your judgement. All I want to do is be a better father, son, brother, and husband. Please give me one more chance. I am fully cooperative with the government on all aspects.

In whatever judgement you make I know that it'll come from an judge whom has been doing this for many years. → → next page

I know that I can do better with myself. I am 27 yrs old I still have a full life ahead of me.

I honestly thought that probation was the Feds way of keeping control of me when All Mr. Cove was doing was trying to help me stay out of situations like this.

I am asking for another chance to be put on probation I'm asking for a chance to work, to make an honest living I'm asking for a chance to be the person I know that I can be and a better person for my family. I know I should think about things better when I'm free but my mother's getting old and I want to be there for her in her old age like she was there for me. For my kids because I never had a father myself. For my fiancé because she showed me what love truly was and I have never been so happy.

Well the lights off and I can't see that well I'll have to end my letter by saying I'll see you May 10 take care

Andre Thomas